**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 15-6403**

———

HENDERSON LEWIS HINTON,

        Petitioner - Appellant,

     v.

TERRY O'BRIEN, Warden,

        Respondent - Appellee.

———

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:13-cv-00170-IMK-JES)

———

Submitted: June 25, 2015        Decided: June 30, 2015

———

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

Henderson L. Hinton, Appellant Pro Se.

———

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henderson Lewis Hinton, a federal prisoner, appeals the district court's order accepting the magistrate judge's recommendation to deny relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Hinton v. O'Brien, No. 1:13-cv-00170-IMK-JES (N.D.W. Va. Mar. 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED